```
McGREGOR W. SCOTT
United States Attorney
KATHLEEN A. SERVATIUS
Assistant U.S. Attorney
2500 Tulare Street
Room 4401
Fresno, California 93721
Telephone: (559) 497-4000
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> GERALDO LOZA MEDRANO and ) <br> SOFIA MACIEL PASCACIO, ) <br> ) <br> Defendants. ) <br> _____) | Case No. 1:05-cr-00479 OWW <br><br> STIPULATION TO CONTINUE DATE FOR STATUS CONFERENCE AND ORDER <br><br> DATE: January 29, 2007 <br> TIME: 9:00 a.m. <br> PLACE: Courtroom 3 <br> Honorable Oliver W. Wanger |

   IT IS HEREBY STIPULATED by and between the parties hereto and through their attorneys of record that the status conference presently scheduled before the Honorable Oliver W. Wanger for January 16, 2007 at 9:00 a.m. be continued to January 29, 2007, at 1:30 p.m.

   All parties herein, through their respective counsel have been contacted regarding the requested continuance and concur with this request.

   The parties agree that the resulting delay occurring between January 16, 2007 and the date for the status hearing, shall continue to be excluded for speedy trial purposes pursuant to 18 U.S.C. § 3161(h)(1)(f).

```
 1        IT IS SO STIPULATED.

 2   Dated: January 11, 2007              McGREGOR W. SCOTT
                                          United States Attorney
 3
                                          By: /s/ Kathleen A. Servatius
 4                                            KATHLEEN A. SERVATIUS
                                              Assistant U.S. Attorney
 5                                            For KIMBERLY A. SANCHEZ

 6

 7

 8   Dated: January 11, 2007               /s/ James Homola
                                          JAMES HOMOLA
 9                                        Attorney for Defendant
                                          GERALDO LOZA MEDRANO
10

11
     Dated: January 11, 2007               /s/ James Elia
12                                        JAMES ELIA
                                          Attorney for Defendant
13                                        SOFIA MACIEL PASCACIO

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
```

McGREGOR W. SCOTT
United States Attorney
KATHLEEN A. SERVATIUS
Assistant U.S. Attorney
2500 Tulare Street
Room 4401
Fresno, California 93721
Telephone: (559) 497-4000

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> GERALDO LOZA MEDRANO and ) <br> SOFIA MACIEL PASCACIO ) <br> ) <br> Defendants. ) | Case No. 1:05-cr-00479 OWW <br><br> ORDER TO CONTINUE  HEARING FOR STATUS CONFERENCE <br><br> DATE: January 29, 2007 <br> TIME: 9:00 a.m. <br> PLACE: Courtroom 3 <br> Honorable Oliver W. Wanger |

Upon the stipulation of the parties and good cause appearing therefore,

IT IS HEREBY ORDERED that the hearing on defendants status conference presently set for January 16, 2007 at 9:00 a.m. is continued to January 29, 2007 at 1:30 p.m. to be heard before the Honorable Oliver W. Wanger, Courtroom 3.

IT IS SO ORDERED.

**Dated:   January 17, 2007**          /s/ Oliver W. Wanger
emm0d6                                 UNITED STATES DISTRICT JUDGE

3